DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DARRYL L. SHANKS** and **PEGGY RAMEAU,**
Appellants,

v.

**MIGUEL ANTONIO GIL** and **MIGUEL ALTAGRACIA GIL,**
Appellees.

No. 4D2023-0839

[May 23, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. CACE19-013737.

H. Clay Roberts and Javier A. Basnuevo of Roberts & Basnuevo, P.A., Coral Gables, for appellants.

Warren B. Kwavnick of The Law Office of Warren B. Kwavnick, PLLC, Pembroke Pines, for appellees.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***